# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1151
LT Case No. 2021-DP-000129-A

_____

C.L., FATHER OF C.L., A CHILD,

   Appellant,

   v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael Kalil, Judge.

Amanda Peterson, Law Offices of Peterson, P.A., Mulberry, for
Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Krystle Celine Cacci, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, and Patrick M. Hagen, of
Nelson Mullins, Tallahassee, for the Office of the Guardian ad
Litem.

August 29, 2023

PER CURIAM.

   AFFIRMED.

WALLIS, LAMBERT, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____